■ In the Matter of KELVIN TRIPLETT, Appellant, v TONYA FARMER, Respondent. [666 NYS2d 422] —Order, Family Court, Bronx County (Alma Cordova, J.), entered on or about June 4, 1996, which denied petitioner's application for an order of protection against respondent, unanimously affirmed, without costs.

If respondent's conduct were found to have been as described by petitioner, it could conceivably have provided a basis for the issuance of an order of protection by the Family Court. However, the Family Court did not find the petitioner totally credible. There is nothing in the record to warrant disturbing the Family Court's finding as to credibility, which is to be given due deference (*Matter of Ashlee X.*, 244 AD2d 707; *Matter of Shannon U.*, 210 AD2d 752, *lv denied* 85 NY2d 807). Concur—Sullivan, J. P., Milonas, Ellerin, Nardelli and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MACON, Appellant. [673 NYS2d 305] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered May 11, 1995, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of 3 to 6 years, unanimously affirmed.

Since defendant's challenges to the use of his out-of-State conviction for enhancement purposes were expressly withdrawn, his current claims are unpreserved for appellate review (*see, People v Torres*, 211 AD2d 403), and we decline to review them in the interest of justice. Were we to review these claims, we would find that defendant is not entitled to the relief sought on appeal (*People v Sailor*, 65 NY2d 224, 237, *cert denied* 474 US 982). Concur—Sullivan, J. P., Milonas, Ellerin, Nardelli and Mazzarelli, JJ.